# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOTT JOHNSON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES PAROLE COMMISSION,<br><br>　　　　Respondent. | Case No. 1:14-cv-02092-SMS HC<br><br>ORDER TRANSFERRING THIS CASE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF ARIZONA |

On December 31, 2014, Petitioner Michael Scott Johnson filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Shortly thereafter, Petitioner was transferred to the Phoenix Federal Correction Institution, Phoenix, Arizona.

A habeas action is subject to jurisdictional and statutory limitations. *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484 (1973). The proper respondent in a habeas corpus action is the warden of the institution in which the petitioner is confined. *Rumsfield v. Padilla*, 542 U.S. 426, 434 (2004). Because the habeas petition must be reviewed by the district court in the district where the petitioner is confined (*United States v. Giddings*, 740 F.2d 770, 772 (9th Cir. 1984)), this Court must transfer the petition to the District Court for District of Arizona.

Accordingly, the Court hereby ORDERS that this case be TRANSFERRED to the United States District Court for the District of Arizona.

IT IS SO ORDERED.

　Dated:　**February 3, 2015**　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1